IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CLEVELAND JONES,

    Plaintiff,

vs.                                     Case No. 4:07-CV-419-SPM/AK

TONY PORTER,

    Defendant.

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
AND TRANSFERRING CASE**

    **THIS CAUSE** comes before the Court upon the Magistrate Judge's Report and Recommendation (doc. 18).  The basis for the recommendation to transfer the case is that the Plaintiff and the single Defendant are both located in Hollywood, Florida, which is in the Ft. Lauderdale Division of the Southern District of Florida. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections.   No objections have been filed.

    Pursuant to Title 28, United States Code, Section 636(b)(1), this Court has determined that the Report and Recommendation should be adopted.

    Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 18) is adopted and incorporated by reference in this order.

2. This case is hereby *transferred* to the United States District Court for the Southern District of Florida, Ft. Lauderdale Division, for all further proceedings.

3. The Clerk is directed to immediately take all steps necessary to effectuate the transfer.

**DONE AND ORDERED** this <u>fourteenth</u> day of July, 2008.

       *s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge